NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Lauren Kim (SBN 337064)
lkim@nixonpeabody.com
Michael J. Summerhill (Pro Hac Pending)
Ethan E. Trull (Pro Hac Pending)
Keith E. Edeus, Jr. (Pro Hac Pending)
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: 213.629.6000
Facsimile: 213.629.6100

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MANGO DUNDAS, LLC, a Colorado limited liability company, MANGO LENDING COMPANY, LLC, a Colorado limited liability company, SARAH SIEGEL-MAGNESS, individually, and derivatively on behalf of nominal defendant, Dundas World Limited,

Plaintiff(s),

v.

PETER HYDE DUNDAS and EVANGELO BOUSIS

Defendant(s)

CASE NUMBER: 2:24-CV-07543

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Mango Dundas, LLC | Plaintiff |
| Mango Lending Company, LLC | Plaintiff |
| Sarah Siegel-Magness | Plaintiff and Member, Magno Dundas, LLC |
| Gary Magness | Member, Mango Dundas, LLC and Mango Lending, LLC |
| Mango Dundas, LLC and Mango Lending Company, LLC have no parent corporations or publicly held corporations that own 10% or more of their stock | |
| Peter Hyde Dundas | Defendant |
| Evangelo Bousis | Defendant |

September 4, 2024
Date

*/s/ Lauren Kim*
Signature
Lauren Kim
Attorney of record for (or name of party appearing in pro per):
Plaintiffs MANGO DUNDAS, LLC, MANGO LENDING COMPANY, LLC, and SARAH SIEGEL-MAGNESS